```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:06-00180-01

GERRY BARTON

## MEMORANDUM OPINION AND ORDER

The court is in receipt of a letter from defendant asking the court to reduce his sentence, sentence him to home confinement, and/or otherwise reduce his sentence. The court may not modify a term of imprisonment once it has been imposed except in very limited circumstances, none of which are present here. See 18 U.S.C. § 3582(c); U.S. v. Hudson, 2002 WL 1980686 (10th Cir. 2002); U.S. v. Fraley, 988 F.2d 4 (4th Cir. 1993).

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 29th day of September, 2009.

                          ENTER:

                          *[signature: David A. Faber]*
                          David A. Faber
                          Senior United States District Judge